IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Tampa Division

Case No. 8:13-cv-02026-JDW-TGW

JOSEPH ZOCK, JR. and
JOSEPH ZOCH, III,

    Plaintiffs,

vs.

FIRSTSOURCE ADVANTAGE, LLC, a
Foreign limited Liability Company,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiffs, JOSEPH ZOCK, JR. and JOSEPH ZOCH, III, pursuant to Rule 3.08 of the Local Rules of the United States District Court, Middle District of Florida, hereby give notice that the above-referenced matter has been resolved between the parties.

    Dated: August 19, 2013.

                                              /s/ N. James Turner
                                             N. James Turner, Esq.
                                             Counsel for Plaintiffs
                                             37 N. Orange Shine, Suite 500
                                             Orlando, FL 32801-2334
                                             Telephone (888) 877-5103
                                             E-mail address: njtlaw@gmail.com
                                             Florida Bar No. 0203041